1
2
3
4
5
6
7
8                  UNITED STATES DISTRICT COURT
9              FOR THE NORTHERN DISTRICT OF CALIFORNIA
10                       SAN FRANCISCO DIVISION

11  EDWARD J. SHIERRY, Individually and On  )  Case No.: 3:12-cv-03200-MMC
    Behalf of All Others Similarly Situated, )
12                                            )
                     Plaintiff,               )
13                                            )  [PROPOSED] ORDER GRANTING
            v.                                )  APPLICATION FOR ADMISSION OF
14                                            )  ATTORNEY *PRO HAC VICE*
    FACEBOOK, INC., et al.,                   )
15                                            )
                     Defendants.              )
16                                            )
                                              )
17  _____)

18       James P. Rouhandeh, whose business address and telephone number is

19              James P. Rouhandeh
                DAVIS POLK & WARDWELL LLP
20              450 Lexington Avenue
                New York, New York 10017
21              Telephone: (212) 450-4000

22  and who is an active member in good standing of the bar of the United States District Court for the

23  Southern District of New York, having applied in the above-entitled action for admission to

24  practice in the Northern District of California on a *pro hac vice* basis, representing Defendants

25  Morgan Stanley & Co. LLC; Goldman, Sachs & Co.; Barclays Capital Inc.; Allen & Company

26  LLC; Citigroup Global Markets Inc.; Credit Suisse Securities (USA) LLC; Deutsche Bank

27  Securities Inc.; RBC Capital Markets LLC; Blaylock Robert Van LLC; BMO Capital Markets

28                                            1

1  Corp.; C.L. King & Associates, Inc.; Cabrera Capital Markets, LLC; CastleOak Securities, L.P.;
2  Cowen and Company, LLC; E*TRADE Securities LLC; Itau BBA USA Securities, Inc.; Lazard
3  Capital Markets LLC; Lebenthal & Co., LLC; Loop Capital Markets LLC; M.R. Beal & Company;
4  Macquarie Capital (USA) Inc.; Muriel Siebert & Co., Inc; Oppenheimer & Co. Inc.; Pacific Crest
5  Securities LLC; Piper Jaffray & Co.; Raymond James & Associates, Inc.; Samuel A. Ramirez &
6  Company, Inc.; Stifel, Nicolaus & Company, Incorporated; The Williams Capital Group, L.P.; and
7  William Blair & Company, LLC.

8      IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and
9  conditions of Civil L.R. 11-3.  All papers filed by the attorney must indicate appearance *pro hac*
10 *vice.*  Service of papers upon and communication with co-counsel designated in the application will
11 constitute notice to the party.  All future filings in this action are subject to the requirements
12 contained in General Order No. 45, *Electronic Case Filing.*

14 Dated:  July 16, 2012

                              The Honorable Maxine M. Chesney
                              United States District Judge